## THE STATE v. SHREVE.

A parent's authority to dispose of the services of his child ceases when the child arrives at the age of twenty-one.

*Habeas corpus* to bring up the body of negro James.

It appeared that the mother of the negro had bound or sold the boy until he should be twenty-seven years of age, and that the negro was more than twenty-one years old.

PER CURIAM. The parental authority to dispose of a child's services ceases when the latter arrives at the age of twenty-one; and in this case, the negro, being above that age, is entitled to his freedom.

Negro discharged.